# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JAMES RUTHERFORD, an individual,

    Plaintiff,

vs.

LOPEZ MARKET, a business of unknown form; YASI, INC., a California corporation; and DOES 1-10, inclusive

    Defendants.

Case No. 5:18-CV-02050-CJC-SP

**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff JAMES RUTHERFORD ("Plaintiff") and Defendants LOPEZ MARKET and YASI, INC. ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 1, 2019

_____
UNITED STATES DISTRICT COURT JUDGE